DISMISS: Opinion issued November 27, 2012



In The

# Court of Appeals

# Fifth District of Texas at Dallas

## No. 05-12-01062-CV

### PINEY WOODS VENTURES, LLC, ET AL., Appellants

### V.

### OSCAR CHAHINE, ET AL., Appellees

On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 74339-86

# MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion By Justice O'Neill

By letter dated September 27, 2012, the Court sent appellants a letter questioning its jurisdiction over the appeal. Specifically, it appears the notice of appeal was untimely. The Court requested that appellants file, within ten days, a jurisdictional brief explaining how this Court has jurisdiction over the appeal. As of today's date, appellant has not filed a jurisdictional brief.

In the absence of a post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. A motion for new trial will extend the appellate timetable if it is filed within thirty days after the date the judgment is signed. *See* TEX. R. CIV. P. 329b(a).

The trial court signed the judgment on April 30, 2012. A motion for new trial was due on or before May 30, 2012. Appellants filed their motion for new trial on May 31, 2012, one day past the deadline.[1] Because appellants' motion for new trial was untimely filed, the notice of appeal was due on May 30, 2012. Appellants filed their notice of appeal on August 1, 2012. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a) & (c).

MICHAEL J. O'NEILL
JUSTICE

121062F.P05

---

[1] By letter dated August 31, 2012, the Court gave appellants an opportunity to provide the Court with proof of service that the motion for new trial was served on or before May 30, 2012. *See* TEX. R. CIV. P. 21a. The Court did not receive any response from appellants.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PINEY WOODS VENTURES, LLC, CAMERON CRAVEY, KIMBERLY CRAVEY, THE ASHLEY CLAIRE CRAVEY, ALEXIS CHLOE CRAVEY, AND JOHN CAMERON CRAVEY SPECIAL TRUST, Appellants

No. 05-12-01062-CV    V.

OSCAR CHAHINE, RICK COCHRAN, RONALD COOKSEY, JEFFREY DREWNIANY, LORRAINE G. FORMET, CHARLES GALLAGHER, MICHAEL GEBHARDT TRUST, ROBERT HAWLEY, DOUG HUMPHREY, GAIL JOHNSON, JIM JORDAN, MARK LANDMADE, CHRISTINE LOPEZ-RINCON, ART LOWE, THOMAS LUTZ, EDWARD MITTELMAN, MIKE MOORE, EDWARD MURPHY, MICHAEL NORTON, GEORGE SCHMIDT, EDWARD TALARSKI, AND BEVERLY WANKE, Appellees

Appeal from the 86th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 74339-86).
Opinion delivered by Justice O'Neill, Justices Bridges and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, Oscar Chahine, Rick Cochran, Ronald Cooksey, Jeffrey Drewniany, Lorraine G. Formet, Charles Gallagher, Michael Gebhardt Trust, Robert Hawley, Doug Humphrey, Gail Johnson, Jim Jordan, Mark Landmade, Christine Lopez-Rincon, Art Lowe, Thomas Lutz, Edward Mittelman, Mike Moore, Edward Murphy, Michael Norton, George Schmidt, Edward Talarski, and Beverly Wanke, recover their costs of the appeal from appellants, Piney Woods Ventures, LLC, Cameron Cravey, Kimberly Cravey, The Ashley Claire Cravey, Alexis Chloe Cravey, and John Cameron Cravey Special Trust.

Judgment entered November 27, 2012.

MICHAEL J. O'NEILL
JUSTICE